JOHN A. MADDEN v. ALBERT COMPTON, T/A
EYRE HAVEN INN.

February 27, 1987.

Petition for certification granted.

JOHN A. MADDEN v. H.O.H., INC., T/A CARLTON HOUSE.

February 27, 1987.

Petition for certification granted.

ROMAN DRAZNIOWSKY v. NINA DRAZNIOWSKY.

February 27, 1987.

Petition for certification denied.

ROMAN DRAZNIOWSKY v. NINA DRAZNIOWSKY.

February 27, 1987.

Cross-petition for certification denied.